# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2491
LT Case No. 2016-CF-4191-A

———————————————

ANTONIO A. WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 appeal from the Circuit Court for Duval County.
Jeb Branham, Judge.

Antonio A. William, Carrabelle, pro se.

Ashley Moody, Attorney General, and Damaris E. Reynolds, Assistant Attorney General, Tallahassee, for Appellee.


December 12, 2023


PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., WALLIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____